LF 9013 (06/05)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re  CENTURION PROPERTIES III, )  Case No: 10-04024-FLK11
      LLC )
       ) **REQUEST FOR ENTRY OF**
      Debtor(s) ) **ORDER GRANTING MOTION**

COMES NOW the undersigned and based on the following representations made under penalty of perjury and cited documents requests that the Court grant the Motion or Application filed on behalf of __General Electric Capital Corporation__ on __7/23/10__ as Docket No. __28__ for
*(Brief description of motion with reference to rule or other authority)*
__Peter M. Gilhuly to appear pro hac vice.__

and that the related proposed order which was or will be submitted as noted below be entered:

A. [✓] as an ex parte order where either no notice was required or where there are no pending objections following notice and hearing, as noted below; or
B. [ ] in anticipation of a hearing scheduled on _____ before Judge _____ and that was specifically requested by the Court or required by Local Rule to be submitted; or
C. [ ] as a result of an actual hearing held on _____ before Judge _____ and that was specifically requested by the Court to be submitted.

**Notice: (Docket #    )**

_____ Date Notice was mailed
_____ Number of Days Required by Related Rule for the Filing of Objections
_____ Number of Days Given in the Notice for the Filing of Objections
*(Including three (3) additional days required by FRBP 9006, if notice was by mail.)*

**Certificate of Mailing: (Docket #    ) or [✓] Notice Was Not Required for this Matter**
*Check all that are applicable*
[ ] The Master Mailing List (MML) or Limited Mailing List (LML) used and attached to the Certificate of Mailing was retrieved from the data base of the court on _____.
[ ] Notice was not required to be given to the Master Mailing List (MML), but notice was given to the parties noted on the Certification of Mailing;
[ ] Service was made in accordance with FRBP 7004 upon the affected parties as noted on the Certification of Mailing.

**Objections:**

[✓] There are no pending objections *(either there were no objections, any objections have been withdrawn or the proposed order is endorsed by all objecting parties.)*

**Related Items:**
(Docket # 28 ) Motion for Leave to Appear Pro Hac Vice
(Docket #    ) _____
(Docket #    ) _____

Dated: 7/26/10

_____
(Signature of Attorney)
Name: David B. Levant
Phone Number: (206) 386-7601

Request for Entry of Order

STOEL RIVES LLP
David B. Levant
Erin L. Eliasen
600 University Street, Suite 3600
Seattle, WA 98101
Phone: (206) 624-0900
Fax: (206) 386-7500
Email: dblevant@stoel.com
Email: eleliasen@stoel.com

*Attorneys for General Electric Capital Corporation*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Chapter 11 |
| CENTURION PROPERTIES III, LLC, | Bankruptcy No. 10-04024-FLK 11 |
| Debtor. | ORDER FOR LEAVE TO APPEAR PRO HAC VICE |

After the Court having reviewed the motion to appear pro hac vice,

IT IS HEREBY ORDERED that Peter M. Gilhuly is admitted to practice, pro hac vice, in the above-referenced case in the United States District for the Eastern District of Washington.

ORDER FOR LEAVE TO APPEAR PRO HAC VICE AND ORDER - 1
10-04024-FLK 11

70186269.1 0030780-00092

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

10-04024-FLK11    Doc 30    Filed 07/26/10    Entered 07/26/10 10:55:12    Pg 2 of 2