# Proceeding Minutes / Proceeding Memo

**Case #:** 10-04024  **Case Name:** Centurion Properties III, LLC
**Set:** 03/15/2011 01:30 pm  **Chapter:** 11  **Type:** bk  **Judge** Frank L Kurtz
**matter** Status Re: Adequacy of Disclosure Statement (#160)

Appearances:

John D. Munding, Attorney for Debtor
Gary W. Dyer, Attorney for U.S. Trustee
Nancy Isserlis, Attorney for Centrum Financial Services, Equity Funding, LLC
Richard J. Hyatt, Attorney for Umpqua Bank
Erin L. Eliasen, Attorney for General Electric Capital Corporation
Peter Gilhuly, Attorney for General Electric Capital Corporation
Andrew Escobar, Attorney for Aaron J. Hazelrigg, Nicole Kelly
Jason T. Piskel, Attorney for SMI Group XIV, LLC
Teruyuki S. Olsen, Attorney for Equity Funding, LLC.
Michael C. Simon, Attorney for Centrum Financial Investments, Inc.
Todd Reuter, Attorney for Daniel A. Kirby
Also Present:   Mike Henry, on behalf of Debtor
                Sebastin Perin, on behalf of GE Capital

---

Minute Entry Re: Status Re: Adequacy of Disclosure Statement.  HELD.  CONTINUED.  Court hears argument of Counsel.   On or before April 29, 2011, Mr. Munding will file and serve his amended disclosure statement;  a status hearing will be held on April 18, 2011 at 1:30 p.m. by telephone conference call to (509) 353-3192, with a hearing on the adequacy of the disclosure statement to be held on June 7, 2011 at 1:30 p.m. by telephone conference call to (509) 353-3192.  (related document(s): [160]  Disclosure Statement) (MAS)

3/18/2011 2:40:15 PM                                                                                                                Page 1 of 1
10-04024-FLK11    Doc 200    Filed 03/15/11    Entered 03/18/11 14:40:16    Pg 1 of 1