1 | STOEL RIVES LLP
　　David B. Levant
2 | 　　Erin L. Eliasen
600 University Street, Suite 3600
3 | Seattle, Washington 98101
Telephone: (206) 624-0900
4 | Facsimile: (206) 386-7500
dblevant@stoel.com
5 | eleliasen@stoel.com

6 | LATHAM & WATKINS LLP
　　Peter M. Gilhuly (*admitted pro hac vice*)
7 | 　　Wayne S. Flick (*admitted pro hac vice*)
　　Ted A. Dillman (*admitted pro hac vice*)
8 | 355 South Grand Avenue
Los Angeles, California 90071-1560
9 | Telephone: (213) 485-1234
Facsimile: (213) 891-8763
10 | peter.gilhuly@lw.com
wayne.s.flick@lw.com
11 | ted.dillman@lw.com

12 | Attorneys for General Electric Capital Corporation

13 | IN THE UNITED STATES BANKRUPTCY COURT

14 | EASTERN DISTRICT OF WASHINGTON

15 |

| 16 | In re | Chapter 11 |
| 17 | CENTURION PROPERTIES III, LLC | Case No. 10-04024-FLK 11 |
| 18 | Debtor and Debtor-in-Possession. | **GENERAL ELECTRIC CAPITAL CORPORATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d), FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001 AND LOCAL BANKRUPTCY RULE 4001-1** |

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES
LA\2244919.1

GENERAL ELECTRIC CAPITAL CORPORATION'S MOTION
FOR RELIEF FROM THE AUTOMATIC STAY

10-04024-FLK11    Doc 219    Filed 04/08/11    Entered 04/08/11 15:44:06    Pg 1 of 4

**TO THE HONORABLE FRANK L. KURTZ, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST**:

General Electric Capital Corporation ("**GECC**"), by and through its undersigned counsel, hereby moves (this "**Motion**") the above captioned Court for relief from the automatic stay pursuant to Section 362(d) of Title 11, United States Code (the "**Bankruptcy Code**"), Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Local Bankruptcy Rule 4001-1.

This Motion is based on the Notice of Motion, the Memorandum of Points and Authorities in support hereof, the Compendium of Exhibits, and the declarations of Sebastian Perin of GECC, Peter Shorett of Kidder Mathews and Ted Dillman of Latham & Watkins LLP in support of the Motion, all filed concurrently herewith, as well as all pleadings, records, and files in this action, and upon further evidence and argument as may be submitted at or before the hearing on this Motion.

The Debtor's key asset is its leasehold interest (the "**Battelle Leaseholds**") in a campus-style property located in Richland, Washington (the "**Battelle Property**"). The Debtor leases the underlying land from Battelle Memorial Institute ("**Battelle**") under certain ground leases, expiring between 2051 and 2060 (the "**Ground Leases**"). The Debtor owns the five buildings, related improvements and common areas (the "**Facilities**") located on the Battelle Property and leases these Facilities back to Battelle under shorter term Facilities Leases, expiring between 2017 and 2018 (the "**Facilities Leases**"). Pursuant to the terms of the Facilities Leases, Battelle pays the Debtor significantly more than the Debtor pays Battelle pursuant to the terms of the Ground Leases.

The Battelle Leaseholds and proceeds therefrom constitute substantially all of the Debtor's assets. GECC is the largest creditor of the Debtor and it is undisputed that GECC holds a valid, perfected, enforceable, and unavoidable first

10-04024-FLK11   Doc 219   Filed 04/08/11   Entered 04/08/11 15:44:06   Pg 2 of 4

priority lien on and security interest in substantially all of the Debtor's assets, including the Battelle Leaseholds and proceeds therefrom, which secure the Debtor's prepetition and postpetition obligations to GECC. GECC timely filed a Proof of Claim in the amount of $59,190,636.94 [Claim No. 2], plus postpetition default interest, fees and costs to which GECC is legally entitled under Section 506(b) of the Bankruptcy Code. As of April 15, 2011, GECC's claim will total not less than $61,678,555.07 (plus fees and costs), and by June 4, 2011, if not before, GECC's secured claim will have surpassed the net market value of the Battelle Leaseholds.

Relief from stay is proper because:

- As evidenced by the appraisal report included as **Exhibit A** in the Compendium of Exhibits, the market value of the Battelle Leaseholds net of costs of sale and transfer taxes is approximately $62,080,000. While GECC began the case oversecured, GECC's claim will exceed the net market value of the Battelle Leaseholds by June 4, 2011, if not before, as a result of the continued accrual of default interest, fees and costs. In addition, there are disputed second and third liens purportedly encumbering the Battelle Leaseholds. To the extent the Battelle Leaseholds had any value to the Debtor, litigating these claims will erode this value.

- No reorganization is possible because the Debtor cannot obtain sufficient financing to repay GECC, cannot afford to cram down GECC, and cannot reinstate GECC's fully matured Loan.

- The value of the Battelle Leaseholds continues to decline on account of the ever-decreasing future revenue stream remaining under the Facilities Leases, and the Debtor has not made any meaningful progress in the case.

/ / /

10-04024-FLK11    Doc 219    Filed 04/08/11    Entered 04/08/11 15:44:06    Pg 3 of 4

Therefore, through this Motion, GECC seeks relief from the automatic stay pursuant to Section 362(d) of the Bankruptcy Code (1) for cause, including the lack of adequate protection, and (2) because the Debtor has no equity in the Battelle Leaseholds and the Battelle Leaseholds are not necessary to an effective reorganization of the Debtor because no reorganization is possible. The requested relief will allow GECC to exercise any and all state law rights and remedies related to the collateral for its Loan to the Debtor, including, without limitation, foreclosure.

DATED: April 8, 2011    Respectfully submitted,

STOEL RIVES LLP


By:    /s/ Erin L. Eliasen
    David B. Levant, WSBA No. 20528
    Erin L. Eliasen, WSBA No. 37606

and

Primary Counsel:    LATHAM & WATKINS LLP
(Please Contact    Peter M. Gilhuly (*admitted pro hac vice*)
Primary Counsel)    Wayne S. Flick (*admitted pro have vice*)
    Ted A. Dillman (*admitted pro hac vice*)
    355 South Grand Avenue
    Los Angeles, California 90071-1560
    Telephone: (213) 485-1234
    Facsimile: (213) 891-8763
    peter.gilhuly@lw.com
    wayne.s.flick@lw.com
    ted.dillman@lw.com

Attorneys for General Electric Capital Corporation