# Proceeding Minutes / Proceeding Memo

*Case #:* 10-04024  *Case Name:* Centurion Properties III, LLC
*Set:* 04/18/2011 01:30 pm  *Chapter:* 11  *Type:* bk  *Judge* Frank L Kurtz
*matter* Status Re: Adequacy of Disclosure Statement (#160)

Appearances:

John D. Munding, Attorney for Debtor
Gary W. Dyer, Attorney for U.S. Trustee
Nancy Isserlis, Attorney for Centrum Financial Services, Equity Funding, LLC
John W. Hathaway, Attorney for Equity Funding, LLC/Centrum Financial Investments
Jerry Kindinger, Attorney for Equity Funding, LLC
Richard J. Hyatt, Attorney for Umpqua Bank
Erin L. Eliasen, Attorney for General Electric Capital Corporation
Peter Gilhuly, Attorney for General Electric Capital Corporation
Wayne Flick, Attorney for General Electric Capital Corporation
Kathleen M. Windler, Attorney for Centurion Southwest Group
Andrew Escobar, Attorney for Aaron J. Hazelrigg, Nicole Kelly
Jason T. Piskel, Attorney for SMI Group XIV, LLC
Teruyuki S. Olsen, Attorney for Equity Funding, LLC.
Michael C. Simon, Attorney for Centrum Financial Investments, Inc.
Thomas T. Bassett, Attorney for Daniel A. Kirby
Also Present:   Mike Henry, on behalf of Debtor
                Sebastin Perin, on behalf of GE Capital

Minute Entry Re: Status Re: Adequacy of Disclosure Statement.  HELD.  Discussion is had regarding delaying of filing Amended Plan and Disclosure Statement until after resolution of GE Capital issues, but at this time Debtor will be filing the Amended Disclosure Statement on or before April 29, 2011.   (related document(s): [160]  Disclosure Statement) (MAS)