STOEL RIVES LLP
   David B. Levant
   Erin L. Eliasen
600 University Street, Suite 3600
Seattle, Washington 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
dblevant@stoel.com
eleliasen@stoel.com

LATHAM & WATKINS LLP
   Peter M. Gilhuly (*admitted pro hac vice*)
   Wayne S. Flick (*admitted pro hac vice*)
   Ted A. Dillman (*admitted pro hac vice*)
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
peter.gilhuly@lw.com
wayne.s.flick@lw.com
ted.dillman@lw.com

Attorneys for General Electric Capital Corporation

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Chapter 11 |
| CENTURION PROPERTIES III, LLC | Case No. 10-04024-FLK 11 |
| Debtor and Debtor-in-Possession. | **GENERAL ELECTRIC CAPITAL CORPORATION'S MOTION TO COMPEL DEBTOR TO PERMIT ENTRY UPON LAND** |
| | Hearing Date: May 17, 2011<br>Heating Time: 1:00 p.m.<br>Location: Telephonic<br>(509) 353-3192 |

/ / /

/ / /

/ / /

/ / /

/ / /

LATHAM&WATKINS LLP LA\2260414.1
ATTORNEYS AT LAW
LOS ANGELES

GENERAL ELECTRIC CAPITAL CORPORATION'S MOTION
TO COMPEL DEBTOR TO PERMIT ENTRY UPON LAND

10-04024-FLK11    Doc 277    Filed 05/16/11    Entered 05/16/11 17:01:56    Pg 1 of 3

**TO THE HONORABLE FRANK L. KURTZ, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST**:

General Electric Capital Corporation ("**GECC**"), by and through its undersigned counsel, hereby moves (this "**Motion**") the above-captioned Court for an order compelling the Debtor to permit entry upon land in accordance with GECC's First Request for Entry Upon Land (the "**Request**"), served on the Debtor on May 11, 2011.

This Motion is based on the Notice of Motion, the Memorandum of Points and Authorities in support hereof, and the Declaration of David B. Levant in support of the Motion, all filed concurrently herewith, as well as all pleadings, records, and files in this action, and upon further evidence and argument as may be submitted at or before the hearing on this Motion.

As set forth more fully in the accompanying Memorandum of Points and Authorities, an order compelling the Debtor to permit GECC's anticipated expert to conduct a brief physical inspection of the Battelle Memorial Institute Campus is necessary to permit him sufficient opportunity to develop his opinions and prepare his report.

Therefore, through this Motion, GECC seeks an order compelling the Debtor to permit entry upon land in accordance with GECC's Request.

DATED: May 16, 2011

        Respectfully submitted,

        STOEL RIVES LLP

        By: /s/ David B. Levant
           David B. Levant, WSBA No. 20528
           Erin L. Eliasen, WSBA No. 37606

        and

Primary Counsel:    LATHAM & WATKINS LLP
(Please Contact    Peter M. Gilhuly (*admitted pro hac vice*)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\2260414.1

2

GENERAL ELECTRIC CAPITAL CORPORATION'S MOTION
TO COMPEL DEBTOR TO PERMIT ENTRY UPON LAND

10-04024-FLK11   Doc 277   Filed 05/16/11   Entered 05/16/11 17:01:56   Pg 2 of 3

| | |
|---|---|
| 1 | Primary Counsel)            Wayne S. Flick (*admitted pro have vice*) |

Primary Counsel)                Wayne S. Flick (*admitted pro have vice*)
                                Ted A. Dillman (*admitted pro hac vice*)
                                355 South Grand Avenue
                                Los Angeles, California  90071-1560
                                Telephone: (213) 485-1234
                                Facsimile: (213) 891-8763
                                peter.gilhuly@lw.com
                                wayne.s.flick@lw.com
                                ted.dillman@lw.com

                                Attorneys for General Electric Capital Corporation
LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\2260414.1

GENERAL ELECTRIC CAPITAL CORPORATION'S MOTION
TO COMPEL DEBTOR TO PERMIT ENTRY UPON LAND

10-04024-FLK11    Doc 277    Filed 05/16/11    Entered 05/16/11 17:01:56    Pg 3 of 3