# Proceeding Minutes / Proceeding Memo

*Case #:* 10-04024  *Case Name:* Centurion Properties III, LLC
*Set:* 06/09/2011 09:00 am  *Chapter:* 11  *Type:* bk  *Judge:* Frank L Kurtz
*matter* Motion to Compel Discovery From General Electric Capital Corporation (#307)

Appearances:

John D. Munding, Attorney for Centurion Properties III, LLC
Gary W. Dyer, Attorney for U.S. Trustee
Wayne Flick, Attorney for General Electric Capital Corporation
David B. Levant, Attorney for General Electric Capital Corporation
Amy Quartarolo, Attorney for General Electric Capital Corporation
Richard J. Hyatt, Attorney for Umpqua Bank
Andrew Escobar, Attorney for Aaron Hazelrigg, Nicole Kelly, Centurion Southwest, LLC
Nancy L. Isserlis, Attorney for Equity Funding, LLC/Centrum Financial Investments
Also Present:  Michael Henry, on behalf of Debtor

Minute Entry Re: Motion to Compel Discovery From General Electric Capital Corporation HELD.  Court heard argument of Counsel.  As to the Shorett appraisal, Court directs Mr. Munding to issue the subpoena for its production, to be served upon Kidder Mathews;  Mr. Flick will provide name of process server to Mr. Munding.  Regarding the Cushman & Wakefield appraiser work, Court will not order that to be produced as it is attorney work product.  (related document(s): Set) (MAS)