# Proceeding Minutes / Proceeding Memo

**Case #:** 10-04024 **Case Name:** Centurion Properties III, LLC
**Set:** 06/09/2011 09:00 am **Chapter:** 11 **Type:** bk **Judge** Frank L Kurtz
**matter** Motion to Modify Scheduling Order (#321)

Motion to Shorten Time

Appearances:

John D. Munding, Attorney for Centurion Properties III, LLC
Gary W. Dyer, Attorney for U.S. Trustee
Wayne Flick, Attorney for General Electric Capital Corporation
David B. Levant, Attorney for General Electric Capital Corporation
Amy Quartarolo, Attorney for General Electric Capital Corporation
Richard J. Hyatt, Attorney for Umpqua Bank
Andrew Escobar, Attorney for Aaron Hazelrigg, Nicole Kelly, Centurion Southwest, LLC
Nancy L. Isserlis, Attorney for Equity Funding, LLC/Centrum Financial Investments
Also Present: Michael Henry, on behalf of Debtor

Minute Entry Re: Motion to Modify Scheduling Order/Motion to Shorten Time. HELD. GRANTED. Parties are submitting a modified scheduling order, which continues the Trial presently scheduled to commence on July 19, 2011 to the week of October 3, 2011. (related document(s): [321] Motion to Continue) (MAS)