# Proceeding Minutes / Proceeding Memo

*Case #:* 10-04024  *Case Name:* Centurion Properties III, LLC
*Set:* 07/19/2011 09:05 am  *Chapter:* 11  *Type:* bk  *Judge* Frank L Kurtz
*matter* OPEN COURT - SPOKANE - Final Hearing on Motion for Relief From Stay by General Electric Capital Corporation (#219)

Appearances:

John D. Munding, Attorney for Centurion Properties III, LLC
Peter Gilhuly, Attorney for General Electric Capital Corporation
Wayne Flick, Attorney for General Electric Capital Corporation
David B. Levant, Attorney for General Electric Capital Corporation
Robert A. Dunn, Attorney for SMI Group XIV LLC
Jason T. Piskel, Attorney for SMI Group XIV LLC
Richard Hyatt, Attorney for Umpqua Bank
Andrew Escobar, Attorney for Aaron Hazelrigg, Nicole Kelly, Centurion Southwest, LLC
Katherine M. Windler, Attorney for Centurion Southwest Group
Jerry Kindinger, Attorney for Equity Funding, LLC.
John W. Hathaway, Attorney for Equity Funding, LLC/Centrum Financial Investments
Nancy L. Isserlis, Attorney for Equity Funding, LLC/Centrum Financial Investments
Todd Reuter, Attorney for Daniel Kirby
Also Present:  Michael Henry, on behalf of Debtor

Minute Entry Re:  Final Hearing on Motion for Relief From Stay by General Electric Capital Corporation.  STRICKEN.  Counsel have agreed to continue matter to the week commencing October 3, 2011 in Spokane.  They will be submitting their amended scheduling order.  Hearing Continued.: (related document(s): [261]  Scheduling Order)  (MAS)